NO. SCWC-28207

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

AUSTIN ASHLEY, MARISSA ASHLEY and
ACTION TEAM REALTY, INC.,
Respondents/Plaintiffs-Appellees,

vs.

TODD E. HART and
HART OF KONA REALTY, INC.,
Petitioners/Defendants-Appellants

and

DEBRA A. HART, Defendant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28207; S.P. NO. 06-1-0010K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

     Petitioners/Defendants-Appellants Todd E. Hart and Hart

of Kona Realty, Inc.'s application for writ of certiorari filed

on June 13, 2011, is hereby rejected.

     DATED: Honolulu, Hawai'i, July 15, 2011.

Francis L. Jung, Carol M.
Jung, and Donna V. Payesko
(Jung & Vassar, P.C.) on the
application for petitioners/
defendants-appellants.

Stephen D. Whittaker on the
response for respondents/
plaintiffs-appellees.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice



_____

   [1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.